IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

ORANGEBURG DIVISION

| | | |
|---|---|---|
| **Eric Bland,** | ) | Case No.: 2025CP3800766  5:25-cv-12007-MGL |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| | ) | |
| | ) | **NOTICE OF REMOVAL** |
| **Christopher Shelton Davis & C&K Trucking, LLC.,** | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

Defendant C&K Trucking, LLC, would respectfully show the Court in support of its Notice of Removal that:

1. The Summons and Complaint in this action was filed on June 5, 2025, in the Court of Common Pleas for Orangeburg County, South Carolina. Attached for the Court are copies of Plaintiffs' Summons and Complaint. The Complaint is the first pleading provided to the Defendant in this action. Thereafter an Answer was filed by the Defendants in the Court of Common Pleas, also provided. On August 7, 2025, Defendant first learned that the amount in controversy exceeds $75,000. Therefore, removal is timely under 28 U.S.C. §1446(b).

2. The United States District Court has jurisdiction over this action pursuant to 28 U.S.C. §1332. Upon information and belief, the Plaintiff is a resident of the State of Georgia. Defendant Christopher Shelton Davis is a resident of State of South Carolina. Defendant, C&K Trucking LLC., is a corporation organized and existing pursuant to the laws of the State of Illinois with its principal place of business in Illinois. Defendant Davis consents to this removal.

1

3. Venue is proper in this matter in the Orangeburg Division of this Court in accordance with 28 U.S.C. §1441(a).

4. On August 7, 2025, Plaintiff Bland responded to a request for admission, denying that the amount in controversy "does not exceed the sum or value of $75,000 exclusive of interest and costs. As a result, the amount in controversy in this matter exceeds $75,000 and diversity jurisdiction applies.

5. Defendant has filed an Answer in the Orangeburg County Court of Common Pleas in response to Plaintiffs' Complaint, a copy of which is provided herewith.

6. Defendant is furnishing a copy of this Notice of Removal to the Clerk of Court for Beaufort County, South Carolina.

Respectfully submitted,

**SWEENY, WINGATE & BARROW, P.A.**

s/Adam M. Crain
Mark S. Barrow Fed. I.D. No. 1220
Adam M. Crain Fed. I.D. No. 13355
Sweeny, Wingate & Barrow, P.A.
Post Office Box 12129
Columbia, SC 29211
(803) 256-2233

**ATTORNEYS FOR THE DEFENDANTS**

Columbia, South Carolina
September 3, 2025