IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

ORANGEBURG DIVISION

| | | |
|---|---|---|
| **Eric Bland,** | ) | Case No.: 5:25-cv-12007-MGL |
| | ) | State Case ID: 2025CP3800766 |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **Christopher Shelton Davis and C and K Trucking, LLC.,** | ) | **DEFENDANT'S ANSWER TO STANDING ORDER RE: REMOVED CASES** |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

1. The date(s) Defendant(s) or their representative(s) first received a copy of the summons and complaint in the state court action;

   **ANSWER: Christopher Shelton Davis received the summons and complaint on June 25, 2025.**

   **C&K Trucking, LLC received the Complaint on June 23, 2025.**

2. The date(s) each Defendant was served with a copy of the summons and complaint, if any of those dates differ from the date(s) set forth in item number 1;

   **ANSWER: Please see response to Inquiry No. 1.**

3. In actions predicated on diversity jurisdiction, an explanation of whether any Defendants who have been served are citizens of South Carolina;

   **ANSWER: Christopher Shelton Davis is a resident and citizen of the state of the South Carolina. Eric Bland is a resident and citizen of the state of**

> **Georgia. C&K Trucking, LLC is an Illinois LLC with it's principle place of business in Illinois. All of the members which make up C&K Trucking, LLC are individuals, citizens and residents of the state of Illinois.**

4. In actions predicated on diversity jurisdiction, the basis for believing that the amount in controversy exceeds $75,000.00;

> **ANSWER: On August 7, 2025, Plaintiff Bland responded to a request for admission sent by the Defendants. In his response, Plaintiff Bland denied that the amount in controversy "does not exceed the sum or value of $75,000 exclusive of interest and costs."**
>
> **The amount in controversy was then confirmed in discovery responses served by the Plaintiff on August 11, 2025 wherein the Plaintiff claims realized medicals of $24,705.73. This amount does not include compensatory damages for pain and suffering, nor does it include punitive damages, nor does it include  both of which are being sought by the Plaintiff.**

5. If removal takes place more than thirty days after any Defendant first received a copy of the summons and complaint, the reasons why removal has taken place at this time and the date on which Defendant(s) first received a paper identifying the basis for such a removal;

> **ANSWER:  The first paper received indicating that the amount in controversy was above the federal court threshold was received on August 7, 2025 at 7:51 A.M.**

6. In actions removed on the basis of this Court's diversity jurisdiction in which

the action in state court was commenced more than one year before the date of removal, the reasons why this action should not summarily be remanded to state court; and.

**ANSWER: This matter was not commenced more than one year prior to the date of removal.**

7. The identity of any Defendant who Plaintiff(s) served prior to the time of removal who did not formally join in notice of removal and the reasons therefor.

**ANSWER: Both Defendants were served prior to removal. Defendant C&K Trucking, LLC removed the matter and Defendant Davis consented to the removal as written in the Notice of Removal.**

Respectfully submitted,

**SWEENY, WINGATE & BARROW, P.A.**

s/Adam M. Crain
Mark S. Barrow Fed. I.D. No. 1220
msb@swblaw.com
Adam M. Crain Fed. I.D. No. 13355
amc@swblaw.com
Sweeny, Wingate & Barrow, P.A.
Post Office Box 12129
Columbia, SC  29211
(803) 256-2233 (T)
(803) 256-9177 (F)

**ATTORNEYS FOR THE DEFENDANT CHRISTOPHER SHELTON DAVIS AND C&K TRUCKING, LLC.**

Columbia, South Carolina
September 11, 2025