# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# ORANGEBURG DIVISION

| | | |
|---|---|---|
| **Eric Bland,** | ) | Case No.: 5:25-cv-12007-MGL |
| | ) | (Former Case No.: 2025CP3800766) |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **Christopher Shelton Davis and C and K Trucking, LLC.,** | ) | **NOTICE OF FILING** |
| | ) | |
| **Defendants.** | ) | |

**TO:   UNITED STATES DISTRICT COURT:**

Attached for filing is the Acknowledgement of Removal which has been filed and signed by the Orangeburg County Clerk of Court.

Respectfully submitted,

**SWEENY, WINGATE & BARROW, P.A.**

s/Adam M. Crain
Mark S. Barrow Fed. I.D. No. 1220
Adam M. Crain Fed. I.D. No. 13355
Sweeny, Wingate & Barrow, P.A.
Post Office Box 12129
Columbia, SC  29211
(803) 256-2233

**ATTORNEYS FOR DEFENDANT
CHRISTOPHER SHELTON DAVIS AND
C AND K TRUCKING, LLC.**

Columbia, South Carolina
September 15, 2025