ELECTRONICALLY FILED - 2025 Sep 08 12:38 PM - ORANGEBURG - COMMON PLEAS - CASE#2025CP3800766

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF SOUTH CAROLINA

### ORANGEBURG DIVISION

| | |
|---|---|
| Eric Bland, | Case No.: 5:25-cv-12007-MGL |
| | (Former Case No.: 2025CP3800766) |
| Plaintiffs, | |
| v. | |
| Christopher Shelton Davis and C and K Trucking, LLC., | ACKNOWLEDGEMENT OF REMOVAL |
| Defendants. | |

Receipt of a copy of the Notice of Removal filed by the Defendant, ___, by and through its attorneys, in the above entitled action is hereby acknowledged this _____ day of _____, 2025.

_____
Orangeburg County Clerk of Court

Columbia, South Carolina
September 8, 2025



Common Pleas

**Case Caption:**   Eric Bland VS Christopher Shelton Davis , defendant, et al

**Case Number:**   2025CP3800766

**Type:**   Acknowledgement of Filing of Removal

And It is So Ordered

S/Winnifa B. Clark

Electronically signed on 2025-09-11 14:22:56     page 2 of 2