IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

ORANGEBURG DIVISION

| | | |
|---|---|---|
| **Eric Bland,** | ) | Case No.: 5:25-cv-12007-MGL |
| | ) | State Case ID: 2025CP3800766 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **Christopher Shelton Davis and C and K Trucking, LLC,** | ) | **DEFENDANT'S AMENDED RESPONSES TO LOCAL RULE 26.01 INTERROGATORIES** |
| | ) | |
| **Defendants.** | ) | |

**TO:    THE UNITED STATES COURT:**

Under the provisions of Local Rule 26.01, Defendant, Christopher Shelton Davis and C&K Trucking, LLC., responds to the Court's Rule 26.01 Interrogatories as follows:

(A)    State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**ANSWER:    Defendants are not aware of any subrogation interest at this time.**

(B)    As to each claim, state whether it should be tried jury or non-jury and why.

**ANSWER:    Defendants believe the matter should be tried by a jury because there are contested issues of liability and damages related to the underlying accident which are appropriately**

(C)    State whether the party submitting these responses is a publicly owned company and separately identify:  (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**ANSWER:** C&K Trucking, LLC is not publicly owned. C&K Trucking, LLC is not a parent, subsidiary, partner or affiliate of any publicly owned company. No publicly owned company owns ten percent or more shares of C&K Trucking, LLC. C&K Trucking, LLC does not own ten percent or more shares of any publicly owned company.

**Christopher Shelton Davis is not a publicly owned company. Christopher Shetlon Davis is not a parent, subsidiary, partner, or affiliate of any publicly owned company. No publicly owned company owns ten percent or more shares of Christopher Shelton Davis. Christopher Shelton Davis does not own ten percent or more shares of any publicly owned company.**

(D)    State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**ANSWER:** **This division encompasses the geographic area where the accident occurred.**

(E)    Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal?  If so, provide:  (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action.  Counsel should disclose any cases which *may be* related regardless of whether they are still pending.  Whether cases *are* related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical translations, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.[1]

**ANSWER:** **This action is not related to any other action filed in this District.**

(F)     If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER:     The Defendant listed as "C and K Trucking, LLC" is technically "C&K Trucking, LLC". Christopher Shelton Davis is not improperly identified.**

(G)     If you contend that some other person of legal entity is, in whole or in part, liable to you or the other party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**ANSWER:     The Defendants make no such contention that a third party is liable in whole or in part at this time. However, Defendants intend to pursue all arguments related to the comparative and contributory negligence of the Plaintiff.**

(H)     [Parties or Intervenors in a Diversity Case.] In an action in which jurisdiction is based on diversity under 28 U.S.C SS 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to the party or intervenor. This response must be supplemented when any later even occurs that could affect the court's jurisdiction under SS 1332(a).

**ANSWER:     Upon information and belief, the Plaintiff is a resident of the State of Georgia. Defendant Christopher Shelton Davis is a resident of State of South Carolina. Defendant, C&K Trucking, LLC., is a corporation organized and existing pursuant to the laws of the State of Illinois with its principal place of business in Illinois.**

**C&K Trucking, LLC is fully owned by C&K Holdings Acquisition, LLC which has the following members and citizenships: Michael Burton (Illinois), James Hardy (Illinois), Kevin Shaughnessy (Illinois), Michael Bifulco (Florida), and Sean McShane (New Jersey).**

                    Respectfully submitted,
                    **SWEENY, WINGATE & BARROW, P.A.**

<u>s/Adam M. Crain</u>
Mark S. Barrow Fed. I.D. No. 1220
Adam M. Crain Fed. I.D. No. 13355
amc@swblaw.com
msb@swblaw.com
Sweeny, Wingate & Barrow, P.A.
Post Office Box 12129
Columbia, SC  29211
(803) 256-2233 (T)
(803) 256-9177 (F)

**ATTORNEYS FOR THE DEFENDANT CHRISTOPHER SHELTON DAVIS AND C&K TRUCKING, LLC.**

Columbia, South Carolina
September 18, 2025