IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION
CIVIL ACTION NO.: 5:25-CV-12007-MGL

| | |
|---|---|
| Eric Bland, | ) |
| Plaintiff, | ) **PLAINTIFF'S MOTION TO REMAND** |
| vs. | ) |
| Christopher Shelton Davis & C&K Trucking LLC., | ) |
| Defendants. | ) |

Plaintiff Eric Bland moves this Court to remand this matter to state court. As detailed in the accompanying Memorandum in Support, Defendant Christopher Shelton Davis is a citizen and resident of South Carolina, and thus the forum-defendant rule precludes removal.

**MORGAN & MORGAN, P.A.**

By: /s/Jonathan D. Graham
Jonathan D. Graham
Federal Bar No. 13969
E-Mail: jgraham@forthepeople.com
4401 Belle Oaks Drive, Suite 300,
North Charleston, SC 29405
(843) 947-6063
*Attorney for Plaintiffs*

October 3, 2025.

1