ELECTRONICALLY FILED - 2025 Jun 27 9:04 AM - ORANGEBURG - COMMON PLEAS - CASE#2025CP3800766

| | |
|---|---|
| STATE OF SOUTH CAROLINA<br><br>COUNTY OF ORANGEBURG<br><br>Eric Bland,<br>                Plaintiff,<br>vs.<br>Christopher Shelton Davis and C and K Trucking, LLC,<br>                Defendants. | IN THE COURT OF COMMON PLEAS<br>FOR THE FIRST JUDICIAL CIRCUIT<br><br>CASE NO.: 2025-CP-38-00766<br><br>**AFFIDAVIT OF SERVICE** |

Personally appeared before me the affiant who, being duly sworn, states that she is over eighteen years of age and is an employee of Morgan & Morgan, P.A. On June 23, 2025, the affiant served (1) the Summons and Complaint, (2) Plaintiffs' First Interrogatories to Defendant, (3) Plaintiffs' First Requests for Production to Defendant, (4) Notice of Deposition and (5) Plaintiffs' First Requests for Admissions to Defendant in this action on Defendant C and K Trucking, LLC by depositing those documents with the commercial delivery service Federal Express, tracking number 8821-8337-6931, to be delivered 6205 W 101St ST, Chicago Ridge, IL 60415. The delivery record for that tracking number, attached as **Exhibit A**, shows that Defendant Christopher Shelton Davis received and signed for the delivery on June 23, 2025 at 8:40 AM.

Sworn to before me this
26rd day of June, 2025

_____
Notary Public of South Carolina
My Commission expires: 3/6/29

_____
Affiant Signature

# EXHIBIT A

ELECTRONICALLY FILED - 2025 Jun 27 9:04 AM - ORANGEBURG - COMMON PLEAS - CASE#2025CP3800766



June 26, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 882183376931

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | L.Jiminez | **Delivery Location:** | 6205 W 101ST ST |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday;<br>Direct Signature Required | | CHICAGO RIDGE, IL, 60415 |
| | | **Delivery date:** | Jun 23, 2025 08:40 |

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 882183376931 | **Ship Date:** | Jun 20, 2025 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
C and K Trucking, LLC
6205 W 101ST ST
CHICAGO RIDGE, IL, US, 60415

**Shipper:**
MORGAN & MORGAN PA
4401 Belle Oaks Dr Fl 3
NORTH CHARLESTON, SC, US, 29405



L. JIMINEZ
#1, 08:41, 2 Del, 0 NonDel

Thank you for choosing FedEx

ELECTRONICALLY FILED - 2025 Jun 27 9:04 AM - ORANGEBURG - COMMON PLEAS - CASE#2025CP3800766