IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION
CIVIL ACTION #: 5:25-CV-12007-MGL

| | |
|---|---|
| Eric Bland,<br><br>    Plaintiff,<br><br>vs.<br><br>Christopher Shelton Davis & C&K Trucking LLC.,<br><br>    Defendants. | **PLAINTIFF'S MOTION FOR STAY PENDING RESOLUTION OF MOTION FOR REMAND** |

Pursuant to Local Civil Rule 16.00(C), Plaintiff moves this Court to stay any deadlines in this Court's Amended Scheduling Order (ECF # 7) which come due during the pendency of Plaintiff's Motion to Remand until seven days after this Court's ruling on Plaintiff's Motion to Remand or until other such time as this Court finds appropriate. Plaintiff thus requests that this Court stay its scheduling order until it has ruled on Plaintiff's currently pending motion.

As the full reasons and support for this Motion are set forth above, no accompanying memorandum will be filed.

                         **MORGAN & MORGAN, P.A.**

                         By: /s/Jonathan D. Graham
                         Jonathan D. Graham
                         Federal Bar No. 13969
                         E-Mail: jgraham@forthepeople.com
                         4401 Belle Oaks Drive, Suite 300,
                         North Charleston, SC 29405
                         (843) 947-6063

Charleston, South Carolina
October 3, 2025.                     *Attorney for Plaintiff*