IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION
CIVIL ACTION NO.: 5:25-CV-12007-MGL

| | |
|---|---|
| Eric Bland,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Christopher Shelton Davis & C&K Trucking LLC.,<br><br>　　　　　　　Defendants. | **PLAINTIFF'S RESPONSES TO LOCAL RULE 26.01 INTERROGATORIES** |

**TO: THE UNITED STATES COURT AND ALL PARTES.**

Under the provisions of Local Civ. Rule 26.01 (D.S.C), Plaintiff Eric Bland responds to the Local Rule 26.01 Interrogatories as follows:

A. State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**ANSWER:** **Plaintiff is unaware of any subrogation interest in this claim at this time.**

B. As to each claim, state whether it should be tried jury or non-jury and why.

**ANSWER:** **The Plaintiff asserts that this case should be tried jury as Plaintiff requested a jury trial in the state court complaint.**

C. State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**ANSWER:**   Plaintiff Eric Bland is an individual.

D. State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**ANSWER:**   **Should the Court retain jurisdiction, Plaintiff Bland does not dispute the appropriateness of the division.**

E. Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which *may be* related regardless of whether they are still pending. Whether cases *are* related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical translations, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.[1]

**ANSWER: Plaintiff is not aware of any related case pending in the District of South Carolina.**

F. If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER:**  This interrogatory does not pertain to Plaintiff.

G. If you contend that some other person of legal entity is, in whole or in part, liable to you or the other party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**<u>ANSWER</u>: This interrogatory does not pertain to Plaintiff.**

H.  In an action in which jurisdiction is based on diversity under 28 U.S.C section 1332(a), a party or intervenor must, unless the Court orders otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to the party or intervenor. This response must be supplemented when any later even occurs that could affect the court's jurisdiction under SS 1332(a).

**<u>ANSWER</u>: Plaintiff Eric Bland is a citizen and resident of Georgia.**

**MORGAN & MORGAN, P.A.**

By: /s/Jonathan D. Graham
Jonathan D. Graham
Federal Bar No. 13969
E-Mail: jgraham@forthepeople.com
4401 Belle Oaks Drive, Suite 300,
North Charleston, SC 29405
P: (843) 947-6063
F: (843) 947-6113

*Attorney for Plaintiff*

October 3, 2025.
Charleston, SC