| | |
|---|---|
| **From:** | Charles Bruorton |
| **To:** | "Wclark@orangeburgcounty.org" |
| **Subject:** | REMAND |
| **Date:** | Tuesday, October 14, 2025 12:35:00 PM |
| **Attachments:** | image001.png<br>Remand NEF&Order.pdf |

The Honorable Winnifa Brown-Clark, Clerk of Court

Orangeburg County Court of Common Pleas

Re:   *Bland v. Davis et al*
       U.S. District Court Civil Action No. 5:25-cv-12007-MGL
       Orangeburg County Case Number 025-CP-38-00766

Dear Ms. Brown-Clark,

   Pursuant to the Order of the Honorable Mary Geiger Lewis, United States District Judge, filed October 14, 2025, the above-captioned case is remanded to your Court. Attached is a certified copy of Judge Lewis's order. A copy of the order has also been sent to you via US Mail.

   Please confirm receipt of the certified copy of the order via return email.



Charles L. Bruorton
U.S. District Court
District of South Carolina
803.253.3475