5:25-cv-12007-MGL   Date Filed 10/14/25   Entry Number 23-1   Page 1 of 1

## Orders on Motions

5:25-cv-12007-MGL Bland v. Davis et al

JURY

### U.S. District Court

### District of South Carolina

## Notice of Electronic Filing

The following transaction was entered on 10/14/2025 at 12:34 PM EDT and filed on 10/14/2025
**Case Name:** Bland v. Davis et al
**Case Number:** 5:25-cv-12007-MGL
**Filer:**
**WARNING: CASE CLOSED on 10/14/2025**
**Document Number:** 22(No document attached)

A TRUE COPY
ATTEST: ROBIN L. BLUME, CLERK

BY:
DEPUTY CLERK

**Docket Text:**
**TEXT ORDER granting [18] Motion to Remand to State Court. Signed by Honorable Mary Geiger Lewis on 10/14/2025. Clerk's Notice: Attorneys are responsible for supplementing the State Record with all documents filed in Federal Court. (cbru, )**

**5:25-cv-12007-MGL Notice has been electronically mailed to:**

Mark Steven Barrow     msb@swblaw.com, cds@swblaw.com, mbc@swblaw.com

Adam Miles Crain     amc@swblaw.com, mbc@swblaw.com, ssb@swblaw.com

Jonathan David Graham     jgraham@forthepeople.com, archive@recap.email, jdgraham1@recap.email, teamgraham@forthepeople.com

**5:25-cv-12007-MGL Notice will not be electronically mailed to:**